191 So.2d 640

Santo DiFATTA

v.

Ronald F. CAMPAGNA and
Frank Campagna.
No. 48458.
Nov. 18, 1966.

In re: Ronald F. Campagna and Frank Campagna applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Bernard. 190 So.2d 157.

The application is denied. We find no merit to any of the applicants' alleged errors to the judgment complained of.

■

191 So.2d 640

William LUBEL

v.

Frank A. GAMBINO, Government Employers Insurance Company, City of New Orleans, The Travelers Insurance Company, and Maryland Casualty Company, in solido.

No. 48454.

Nov. 18, 1966.

In re: William Lubel applying for certiorari, or writ of review, to the Court of

Appeal, Fourth Circuit, Parish of Orleans. 190 So.2d 152.

Writ denied. On the facts found by the Court of Appeal, we find no error of law in the judgment complained of.